[This opinion has been published in *Ohio Official Reports* at 75 Ohio St.3d 470.]

WILBURN ET AL., APPELLEES, *v*. ALLSTATE INSURANCE COMPANY, APPELLANT.

[Cite as *Wilburn v. Allstate Ins. Co.*, 1996-Ohio-210.]

*Insurance—Uninsured motorist provision—R.C. 3937.18 and public policy preclude contract provision requiring physical contact for recovery.*

(Nos. 95-824 and 95-825—Submitted April 15, 1996—Decided May 15, 1996.)

CERTIFIED by and APPEAL from the Court of Appeals for Butler County, No. CA94-06-135.

———————————

*Bressler, Shanks & Gelding Co., L.P.A.,* and *Harvey Joel Bressler,* for appellees.

*Heath & Associates* and *James V. Heath,* for appellant.

———————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Girgis v. State Farm Mut. Auto. Ins. Co.* (1996), 75 Ohio St.3d 302, 662 N.E.2d 280, and the cause is remanded to the trial court for further proceedings not inconsistent with *Girgis.*

MOYER, C.J., DOUGLAS, RESNICK and PFEIFER, JJ., concur.

F.E. SWEENEY, J., dissents for the reasons stated in his opinion concurring in part and dissenting in part in *Girgis v. State Farm Mut. Auto. Ins. Co*. (1996), 75 Ohio St.3d 302, 309-312, 662 N.E.2d 280, ___.

COOK, J., dissents.

STRATTON, J., not participating.

———————————